170 A.3d 939

BANK OF AMERICA, N.A., PLAINTIFF–RESPONDENT, v. ANTHO-
NY GUGLIELMI, DEFENDANT–PETITIONER, AND MRS. AN-
THONY GUGLIELMI, WIFE OF ANTHONY GUGLIELMI AND
BG MONMOUTH, LLC, DEFENDANTS.

September 22, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001484–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

170 A.3d 939

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. MARK MELVIN, DEFENDANT–RESPONDENT.

September 22, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003003–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.